771 S.E.2d 345

**The STATE, Respondent,**

v.

**Dwayne Eddie STARKS, Petitioner.**

**Appellate Case No. 2015–000013.**

Supreme Court of South Carolina.

April 9, 2015.

Lower Court Case No. 2012–GS–01–00392.

## ORDER

Petitioner seeks a writ of certiorari to review the decision of the Court of Appeals in *State v. Starks,* 410 S.C. 580, 765 S.E.2d 148 (Ct.App.2014). The petition is denied. However, we hereby direct the Court of Appeals to depublish the opinion in this case (Op. No. 5276).

/s/ Jean H. Toal, C.J.

/s/ Costa M. Pleicones, J.

/s/ Donald W. Beatty, J.

/s/ John W. Kittredge, J.

/s/ Kaye G. Hearn, J.
 FOR THE COURT